```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                       CIVIL MINUTES--GENERAL
```

Case No. CV 10-2362-SJO(RCx)                Date: September 29, 2010

Title: James W. Brady and Patricia M. Brady v. Vitamin E
       Enterprises, Inc., and Val Surf Incorporated
========================================================================
**DOCKET ENTRY**


========================================================================
      HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE

Jake Yerke                              None
Deputy Clerk                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS        ATTORNEYS PRESENT FOR DEFENDANTS
None Present                            None Present


**PROCEEDINGS:  (IN CHAMBERS) ORDER TO SHOW CAUSE WHY COUNSEL
     SHOULD NOT BE SANCTIONED FOR FAILING TO COMPLY WITH COURT
     ORDER**

     On July 27, 2010, this Court scheduled a settlement conference for September 29, 2010, and ordered each party to submit a settlement conference statement and confidential addendum no later than 14 days before the settlement conference, and further ordered the parties "to immediately report" any settlement reached prior to the scheduled settlement conference. However, neither party submitted its settlement conference documents, advised the Court of a settlement, or appeared at the scheduled settlement conference.  Thus, the parties, and their counsel, shall show cause why they should not each be sanctioned in the amount of $1,000.00 for failing to comply with the Court's Order.  See Federal Rules Civil Procedure 41(b); Link v. Wabash Railroad Co., 370 U.S. 626, 629-30 (1962), reh'g denied, 371 U.S. 873 (1962).

     If a party or its counsel objects to being sanctioned, it or he shall file and serve written objections, with a supporting memorandum of points and authorities, no later than 14 days from the date of this Order.  The hearing on the Order to Show Cause will be held on October 27, 2010, at 9:00 a.m.

case102\10-2362.2
9/29/10                                 Initials of Deputy Clerk_JY